UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                                              Case no:  **3:16-BK-02733-JAB**

**BRENDA SIMONE CLARK**                                                    Chapter 13
        Debtor

_____

### REPORT OF STANDING TRUSTEE

COMES NOW Douglas W. Neway, Chapter 13 Standing Trustee, and hereby shows the Court that:

1. Pursuant to orders of dismissal, orders of conversion, and orders of distribution, total receipts were disbursed for the above named estate. All disbursement checks have cleared the trust account except payments to or intended for **BRENDA SIMONE CLARK, 4042 BROAD CREEK LANE, JACKSONVILLE, FL 32218, Debtor .**

2. More than 90 days have elapsed since the distribution of the final payment. Pursuant to 11 U.S.C. Section 347, a check in the amount of **$2,919.01**, has been forwarded to the Clerk of the Court, Jacksonville Division, 300 N Hogan St, Suite 3-150, Jacksonville, Florida 32202 along with a copy of this report. The claimant entitled thereto is as shown above.

Respectfully submitted this 26th day of May, 2022.

/s/ Douglas W. Neway
Douglas W. Neway, Trustee
Post Office Box 4308
Jacksonville, Florida 32201
Phone: (904) 358-6465
Fax: (904) 634-0038